UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| U.S. BANK NATIONAL ASSOCIATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:10CV1305 HEA |
| PAUL WEISMANN, et al., | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **North Tower Development, LLC** on **November 30, 2010, and served on July 28, 2010.**

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 7th day of December, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE